200 Capri Isle Blvd.
Suite 7D
Venice, Florida 34292
(941) 485-2220
Fax: 485-2150



Adult Neur
EEG
EMG/NCV
Video-ENG

September 24, 2015

Re:    Carol Sobrower
DOB:  12/28/1966

To Whom It May Concern:

Carol Sobrower is a patient of mine.  She has been diagnosed with multiple scle
She has decreased ability to ambulate as a consequence of an ataxic gait that co
multiple sclerosis.

It is not safe for her to walk her dogs anymore.  It is causing her to fall down.
Consequently, it is essential that she be able to have her dogs roam in an enclose
her property.  Medical necessity accommodations should be made for her to be a
keep her dogs.

Sincerely,

Allen Lifton, M.D.