

**THE NEUROLOGY CENTER**
**Allen Lifton, M.D.**

*200 Capri Isle Blvd.*
*Suite 7D*
*Venice, Florida 34292*
*(941) 485-2220*
*Fax: 485-2150*

Adult Neurology
EEG
EMG/NCV
Video-ENG

---

February 24, 2021

Re:  Carol Sobrower
DOB: 12/28/1966

To Whom It May Concern:

Carol Sobrower is a patient of mine. She has been diagnosed with multiple sclerosis. She has decreased ability to ambulate as a consequence of an ataxic gait that comes with multiple sclerosis.

It is not safe for her to walk her dogs anymore. It is causing her to fall down. Consequently, it is essential that she be able to have her dogs roam in an enclosed area on her property. Medical necessity accommodations should be made for her to be able to keep her dogs.

Sincerely,

*[signature: Allen Lifton, MD]*
_____
Allen Lifton, M.D.