UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CIVIL ACTION NO.  2:23-cv-288-JLB-KCD
Fort Myers Division

CAROL SOBROWER,

      Plaintiff,

vs.

OAK HOLLOW PROPERTY
OWNERS' ASS'N, INC.,

      Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, plaintiff, Carol Sobrower (hereinafter referred to as "Plaintiff") makes the following disclosure(s).

1. Plaintiff is not a corporation:

2. This matter is based on federal question jurisdiction as the alleged claims are brought pursuant to the Fair Housing Act, as Amended U.S.C. § 3601, et seq., §§ 3604(f) and 3613; this matter is not based on diversity jurisdiction.

3. Plaintiff, Carol Sobrower;

4. Counsel for Plaintiff, The Advocacy Group, Jessica L. Kerr, Esq.;

5. Defendant, Oak Hollow Property Owners' Ass'n., Inc. (hereinafter referred to as "Defendant"); and

6. Counsel for Defendant.

7. Plaintiff is unaware if Defendant has publicly traded shares or debt potentially affected by the outcome.

8. Plaintiff is unaware of any entity likely to actively participate in a bankruptcy proceeding.

9. Restitution does not apply to the pending claims.

☒  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  April 25, 2023                                          *Respectfully submitted,*

/s/ *Jessica L. Kerr, Esq.*
Jessica L. Kerr, Esquire
*Counsel for Plaintiff*
Florida Bar No. 92810
**THE ADVOCACY GROUP**
111 NE 1st Street, 8th Floor #8517
Miami, FL 33132
Telephone: (954) 282-1858
Email: service@advocacypa.com
Email: jkerr@advocacypa.com

### CERTIFICATE OF SERVICE

I certify that on April 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jessica L. Kerr, Esq.*
Jessica L. Kerr, Esquire
Florida Bar No. 92810